IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_Miguel Antonio Garcia_____, Plaintiff

v.

_Joseph R. Biden Jr._____,

_Bill Clinton_____,

_James Anderson_____,

_Beth Gibson_____, Defendant(s).

(List each named defendant on a separate line.  If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names.  The names listed in the above caption must be
identical to those contained in Section B.  Do not include addresses here.)

**Jury Trial requested:**
(please check one)
_X_ Yes ____ No

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files.  Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number.  A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

Jason Dunn

Connor Flanigan

Peter McNeilly

Clark Smith

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Miguel Antonio Garcia #44824-013 U.S.P. Victorville.
(Name, prisoner identification number, and complete mailing address)

P.O. Box 3900; Adelanto Ca. 92301
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

____    Convicted and sentenced state prisoner

_Y_    Convicted and sentenced federal prisoner

_X_    Other: *(Please explain)* Conviction was Vacated/Acquitted. Soin to released

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Joseph R. Biden Jr. Ex-President.
(Name, job title, and complete mailing address)

Un-Known

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x_ Yes ____ No *(check one)*. Briefly explain:

president / Congress

Defendant 1 is being sued in his/her _X_ individual and/or ____ official capacity.

2

Defendant 2: _Bill Clintin_
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x_ Yes ___ No (*check one*).  Briefly explain:

_Ex Prisdent_

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _James Anderso TFo ; 1371 Cherokee St_
(Name, job title, and complete mailing address)

_Denver Co. 80204_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

_Detective_

_____

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    State/Local Official (42 U.S.C. § 1983)

_X_    Federal Official
As to the federal official, are you seeking:
_X_ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
_X_ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

_X_    Other: (*please identify*) _§ 1985  §1586_

3

B. Defendants Info.

4.

Beth Gibson AUSA; 1801 California St. Suit 1600 ; Denver Co. 80294

At the time of Claim was acting under Color of Federal law.

Being Sued in Individual Cap.

5. Jason Dunn ; USA. 1801 California St. Suit 1600 ; Denver Co. 80294

At the time of Claim was Acting under Color of the law.

Being Sued in Individual Capacity.

6. Conor Flanigan ; Ausa ; 1801 California st. Suit 1600 ; Denver Co. 80294

He was acting under Color of state or Federal law.  AusA.

Being sued in his Individual Capacity  x

7. Peter Mc. Neilly ; Ausa ; 1801 California st. Suit 1600 ; Denver Co. 80294

He was acting under Color of state or Federal Law ; AusA.

Being Sued in his Individual Capacity  x

8. Clark Smith, Forensic Scientist D.P.D.
1371 Cherokee St. Denver Co. 80204

At the time was Acting under Color of
law.

Being Sued in Both.
        Ind. & official Cap.

TRULINCS 44824013 - GARCIA, MIGUEL ANTONIO - Unit: VIP-F-B

---------------------------------------------------------------------------------

*STATEMENT OF FACTS.*

FROM: 44824013
TO: Barnett, Brittney; Beachey, Merle; Burrow, Bob; Castaneda, Yesenia; Clark, Casey; Easter, Olds; Fierro, Christina; Fierro, Kris; Fine, Teresa; Florida, Typing; Freedom, Little; G, Mike; Garcia, Bean; Garcia, Cami; Garcia, David; Garcia, Mike; Garcia, Mikey Jr; Garcia, Robert; Gomez, Mary; Gregory, Brittney; K, Christy; Merle, Pastor; Montano, Angel; Munchian, Roger; Sandavol, Nana; Stark, James; T, Stephanie; Zamorra, Andrea
SUBJECT: Joseph R. Biden Jr. Civil Suit 50,000,000
DATE: 02/18/2023 12:53:00 PM


>>>>>>>>IN GOD WE TRUST>>>>50,000,000
    Requested relief to go towards fixing our Racially un just judicial system... As well as eliminate mandatory minimums, And 1994 and 1996  Racially unjust Tough on Crime Bills

Please forward to Black lives matters, Donald Trumps platforms, News stations, T.V. Stations and all and any major social media platforms....

*STATE ment of FActs*

    Miguel Antonio Garcia V. Joseph R Biden Jr. Et. al (Bill Clinton)
Recently refiled @ the united states District Court For the District of Columbia

May 25th, 2022; Executive order 14074
Joseph R Biden Jr,

    "Our Criminal Justice system must respect the dignity and rights of all persons and adhere tp our fundamental obligation to ensure Justice for all"

/ Between July 11th -13 the 2018
    James Anderson of the Denver Police Department and the Denver Police Department Conspired In Obstructing Justice. Fabricating Evidence (Gov. Exh. 11 and 12) , Planting Evidence (Gov. Exh.36) at time's relevant Fabricated,  Fraudulent, LabTest,  with false Percent Of Purity Levels highlighted In (Gov. Exh. 30)  With The Denver Police Department Forensic Scientist Clark Smith.

"Public Trust Intern Requires That Our Criminal Justice System as a Whole Embodies Fair and Equal Treatment Transparency And accountability"EO. sec.1

2 July 26th 2018 :AUSA Beth Gibson and James Anderson, Conspired Obstructing Justice. Utilizing And Fabricated Evidence (Gov. Exh 11 and 12) To Obtain Indictment (Doc. 11.)
    (January 10th 2019)  Mr... Anderson and Connor Flanagan Conspired Obstructing Justice Utilizing Fraudulent Percent Of Purity levels highlighted in ( Gov. Exh. 30) To Obtain Superseding Indictment (Doc 47 )

3    At Time Relevant law Enforcement and AUSAs conspired Presenting Evidence To be False, Fabricated, Planted and Unconstitutionally Admitted. (Gov. exh. 1,2,11,12,27,28,30,36,37,38,) To Grand Jury, Petit Jury,  as well as The  U.S. District Court Judge ,Resulting In a Miscarriage Of Justice , Violating My Constitutional Rights and Federal Laws.....

4  "Through This Order My Administration Is Taking a Critical Step In What Must be Part Of a larger Effort To Strengthen our Democracy and Advance The Principles Of Equality and Dignity. We Must Also Reform Our Broader Criminal Justice System So That It Protects and Serve All People Equally. My administration Will Use Its Full Authority To take Action, Including Through The Implementation Of This Order To Build and To Sustain Fairness And Accountability Throughout The Criminal Justice System.........."
    " The need For Action Could not be More Urgent " (EO. Sec. 1)

5  February 19, 2019 ; (Document 87 ); In Criminal case NO. 18-Cr-00363-RM,@ The United States Court For The District Of Colorado United States District Judge Raymond P. Moore Utilized Fabricated Evidence (Gov. Exh. 11 and 12). Inadmissible Hearsay Evidence ( Gov. Exh.'s 1 and 2) And Evidence Law enforcement Smith Planted (Gov. Exh. 36) To Deny (ECF. No. 86) Motion For Judgement Of Acquittal

    "The Term" Serious Misconduct" means Excessive Force, Bias, Discrimination, Obstruction Of Justice, False Reports, False Statements Under Oath." Eo. Sec. 21

TRULINCS  44824013 - GARCIA, MIGUEL ANTONIO - Unit: VIP-F-B

-------------------------------------------------------------------------------

6. Between July 11th -13th ; Name defendants Conspired Fabricated Evidence (Gov. Exh 11 and 12), And planted evidence (Gov. Exh.36)  Perverting the course of Justice. In their Obstruction Of Justice they Violated Plaintiffs Civil Rights.

B.  Defendants Anderson and Smith Conspired To Obstruct Justice

7. At time's relevant; Mr... Anderson, and Mr.. Smith, conspired assembling materially False/Fictitious (Doc. 114-2) "LAB REPORT" .In case Number 18-Cr-00363-Rm; Filed 3/27/19. In this document shows were they came up with there fraudulent percent Or purity levels In there Obstruction Of Justice.....

8. E-mails shows direct communication with Mr.. Anderson, Mr.. Smith, and his Supervisor (D.P.D.CE2195; Forensic Scientist Supervisor Jason J. Schimscal)

9. December 11th 2018 ; Mr.. Schimscal sent Mr. Smith an e-mail reminding him that he was "not yet trained on the quant." The machine used and needed, in order to get a percent of purity levels of methamphetamine.....

10.  December 16th-18th 2018; Mr. Smith conducted a quantitive analysis test on D.P.D Evidence tag no. 981671-1; (gov.exh. 27, and D.P.D. Evidence tag no. 981671-2; (gov.exh. 28). That he was not qualified to conduct to say whether the substance was "actual" Methamphetamine.

11. December 18th, 2018; Mr. Smiths test came back with final result of 0% methamphetamine calibrated compounds not found.

12. January 2nd, 2019 Mr.. Anderson assembled Denver Police Departments, Crime Laboratory Bureau Forensic Chemistry Units laboratory  report. With Mr.. Smiths fraudulent percent of purity levels highlighted in . (gov. exh. 30). To be later presented to a Grand Jury to obtain superseding indictment (doc. 47) On Jan. 10th 2019..

The Denver Police Department conspired To Interfere With Civil Rights 42 U.S.C.;1985 , (2)Obstruction Justice; (3) Depriving me of equal protection of the laws discriminating against me for being a Hispanic, ex-felon, with a record..
    Violating U.S. Constitutional Amendment 14 .

"We must acknowledge that these fatal encounters have disparately impacted Black and Brown people" EO. sec.1

The Obstruction of Justice by law enforcement presenting evidence tp be false, fabricated, planted (gov. exh.'s 1,2,11,12,27,28,30,36,37,38) to prosecutors, Grand jury, Petit Jury, and the court resulted in a miscarriage of Justice in violation of my due process rights of the 5th amendment of the United states constitution and Federal laws.

"The term "serious Misconduct" Means excessive force, Bias, discrimination, obstruction of Justice, false reports,false statements under oath" (EO. sec,21)

Racial Profiling like in recent days in the killing's of Takar Smith, Oscar Leon Sanchez, and Keenan Anderson, by the L.A.P.D, as well as in past George Floyd must stop.  The discriminatory selection of African Americans, Hispanics, for police stops, searches, and arrests contribute to "serious misconduct" by Law enforcement targeted at Hispanic and blacks deny us minorities "Equal Protection of the Law".....

I have reached out all the way to Presidents of the United States to show how my Constitutional rights were violated.

The Founding Fathers wrote the Constitution of the United States.  They believed in the law of nature with rules of abstract justice to which the laws of men should conform. They believed that this law of nature endowed man with certain inalienable rights that were essential to a meaningful existence for man. Man has a right to life, liberty, property, and Due Process of law. These rights should be recognized and protected. They believed that all men were equal, in that they were entitled to have their natural rights respected regardless of their station of life...

"The need for action could not be more urgent" (EO. sec 1)

In my civil suit I am Requesting

# Bible-Wielding Drug Dealer Sentenced to 23 Years on Federal Gun and Drug Convictions

justice.gov/usao-co/pr/bible-wielding-drug-dealer-sentenced-23-years-federal-gun-and-drug-convictions

13.

May 14, 2019

DENVER – Miguel Antonio Garcia, age 40, of Denver, was sentenced to 280 months (23.3 years) in prison on May 10, 2019, by U.S. District Court Judge Raymond P. Moore, announced U.S. Attorney Jason Dunn and ATF Denver Special Agent in Charge David Booth.  Following the defendant's prison term, he will serve an additional five years on supervised release.

Garcia was first charged by criminal complaint on July 13, 2018, and was subsequently charged by indictment on July 26, 2018.  A superseding indictment was filed on January 10, 2019.  On February 6, 2019, he was found guilty, following a three-day jury trial, of possession of a firearm and ammunition by a prohibited person, possession with intent to distribute a controlled substance, and possession of a firearm in furtherance of a drug trafficking crime.  The jury deliberated for an hour and a half before returning its verdicts.

According to court documents, as well as facts presented during trial, on July 11, 2018, an individual called 911 claiming that Garcia was walking the streets of Denver with a backpack and a bible and had asked the caller for a drink.  The 911 caller claimed he invited the defendant up to his apartment and gave him some water.  The defendant pulled a gun from inside his waistband, and another from inside a bible case.  The defendant then fled the scene when the individual called 911.  Within minutes, the defendant was located on the same block carrying a bible, but without the backpack or the two guns.  Soon thereafter, the backpack was recovered under a nearby tree.  It contained a loaded 10mm semi-automatic handgun, a loaded 9mm semi-automatic handgun, approximately 360 grams (0.79 pounds) of methamphetamine, two scales, and several empty plastic baggies.  The backpack also contained a motel room key sleeve which matched a motel key found in Garcia's pocket and the backplate of a cellphone which matched the phone in Garcia's pocket.  Additionally, the bible Garcia had at the time of his arrest contained indentation marks on the cover and the case which matched the 10mm handgun in the backpack.

"Dangerous drug dealers need to be removed from our community," said U.S. Attorney Jason Dunn.  "This defendant will now go to jail for the next twenty-three years, ensuring that he is off the streets and that our community is safer as a direct result.  I commend the hard work of the ATF, as well as our prosecutors in ensuring justice was achieved."

"Garcia was a threat to the community, rewarding a stranger's goodwill with a threat of violence," said ATF Denver Special Agent in Charge David Booth.   "ATF will continue to use every resource available to pursue violent criminals and ensure our communities are safe."

14. During Mr. Bidens campaign he made many promises, to the black and brown Communitys. To fix our racially unjust Federal Judicial System. Yet has failed to Act .....

"Our criminal justice system is still shaped by race or ethnicity. It is time that we acknowledge the legacy of systemic racism in our criminal justice System and work together to eliminate the racial disparities that endure to this day. Doing so serves all Americans."
[EO, Sec. 1 § 3]

15. In June, 2021 I filed two Civil Complaints. One in the District of Columbia; Miguel Antonio Garcia v. Joe Biden et. al. 1: 21-cv-01496-una; U.S.C.A. no. 21-5144
The second in the District of Colorado; Miguel Antonio Garcia v. Joe Biden et. al. 21-cv-01170-LTB-GPG Both I voluntary

16 Yet failed to act, to correct his "Blunder in their law enforcement Act of 1994" As well as Deliberate or recklessly indifferent to the intentional misconduct of law enforcement Aussi's, and the Court. In their Conspiracy that Shocks the Conscience Sufficiently to Violate my "New Equal Protection" Rights...

17 At times relevant... Plaintiffs liberty was restored – Case was Vacated, acquitted, and Pardoned....

18 Defendants 3-8, Deliberately, intentionally Maliciously, Violated Federal laws... Conspiring to Deprive Plaintiff of his Constitutional liberty's The 5th Amendments "Due Process" Clause and "New Equal Protection of the law"....

19 Named Defendants, Deliberate or recklessly deprived Plaintiff of "Equal Protection of the law" The 14th Amendments "New Equal Protection" Because Plaintiff is Hispanic, and not white....

1 Samuel 17.

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>False Arrest / Fabrication of Evidence</u>

Supporting facts:

[ See Attachments ]

4

Claim : 1

False Arrest / Fabrication of Evidence ..

   Defendant James Andersons, Fabrication
of Evidence [gov. exh. 11 and 12]. Used his
position of power to cause a false arrest,
malicious prosecution, conspiracy, and
committed perjury "by the sworn declarations
statements, oaths or affidavits in writing."
[gov. exh. 30.] To the Grand Jurys to obtain
Indictments [Doc.'s 11 and 47], then to petit
jury and Court at trial." With deliberate
deception of a Court and jurors in a
criminal case by the presentation of known
false evidence. A fact finder could reasonably
decide that his perjury and other, constituted
an abuse of power lawfully vested in him
rather than "unlawful usurpation of power
he did not rightfully possess." And that
his motives included serving the governments
purpose. Obstructing Justice by virtue of
making false declarations in violation of
Federal laws. As well as 5th and 14th amnts.

Claim 2 Malicious Prosecution.

Defendants; Beth Gibson and James Anderson Conspired Obstructing Justice, presenting fabricated evidence [gov. exh's 11 : 12] to grand jury to Obtain [Doc. 11] indictment. 18 U.S.C. § 1623 prohibits false declarations made under oath in any proceeding to any Court or Grandjury.

Defendants Conor Flanigan, Peter Mc. Neilly and James Andersons obstruction of Justice, giving false information in regards to the Super 8 "Card" Sleeve, and actual metal key with Key chain [gov. exh. 12] "With deliberate deception of Court and jurors in a criminal case by the presentation of false evidence." 28 U.S.C. § 1746

Defendants, used their position of power Clearly out side their role of prosecuting plaintiff. Where they made false statements under oath, or to sign a legal document known to be false, or to Contain a false statement." 18 U.S.C. § 1621. which deny plaintiff of New Equal Protection of the laws... For being Hispanic : Not white..

Claim : 3. -

Deliberate Indifference ..

Defendants, Joseph R. Biden Jr. and Jason Dunn
knew, or should have known of the un-lawful,
Un-Constitutional violations, by law enforcement
and AusA's. Their failure to Act, or properly
train, shows they were deliberate or recklessly
Indifferent, to the intentional misconduct of
law enforcement and AusA's that shocks the
conscience sufficiently to Violate the
"New Equal Protection of the laws"
    For being Hispanic ; Not white. ----

Claim : 4

"New Equal Protection of the laws"

Named defendants 3-8, Made false statements under oath, or to sign a legal document to be known to be false. To the Court, Grand Jury as well as petit Jury, "by the knowing use of false, Fabricated Evidence, and Fraudulent lab test, With false percent of purity levels---
18 U.S.C. §§ 1621 ; 1623

In Violation of New Equal Protection.--.

Claim, 5

42 U.S.C. § 1985 (2), (3)


Conspiracy to Interfere with Civil Rights.



James Anderson, Beth Gibson, Peter Mc. Neilly and Conor Flanigan conspired, In obstruction of Justice, perverting the Course of Justice, and Committing perjury with intent to deny plaintiff of Equal protection of the law.



A. Defendants Gibson and Anderson Conspired in Obstructing Justice and Committing perjury.


The defendants obstruction of process, maliciously, knowing, and unlawfully giving incomplete and false information and preventing information to be provided to grand jury. (gov. exh.'s 11, 12, 36, 37, 38) Causing Indictment to be issued (Doc. 11) against plaintiff by "willfully to make

or use false writing or document, knowing that it contains false, fictitious, or fraudulent statement or entry." 18 U.S.C. §1001. Any one who intentionally lies to grandjury is on notice that they may be corruptly obstructing grandjury investigation. In Violation of 18 U.S.C.S. §§§, 1503, 1623, 1623(a)

B. Conor Flanigan, Peter Mc.Neilly and James Anderson, conspired to interfere with the Due Course of Justice, perverting the course of Justice, and commit perjury.

Defendants, Flanigan, Mc.Neilly, and Anderson utilized Fraudulent percent of purity levels (gov. exh. 30) to obtain superseding Indictment (Doc. 47). Then to present (gov. exh's 11, 12 and 30) at trial. Conspired for the purpose of impeding, hindering, obstructing, "the due Course of Justice. Mr. Flanigan and Mc.Neilly in opening statements, and closing arguements might as well inserted the actual metal key into the Card sleeve themselves.
As Mr. Anderson

demonstrated to the Court and Petit jury, by inserting the actual metal key, with key chain into the Super 8 "Swipe Key Card sleeve."

Obstructing Justice by virtue of 18 U.S.C. §1503 Defendants, Gibson, Flanigan, Mc. Neilly, Anderson, and Moore Conspired to Interfere with Plaintiffs Civil and Constitutional rights..

 42 U.S.C. § 1985 (2),(3)
  § 1986..


C. Joseph R. Biden Jr. and
 Bill Clintons, Conspiracy to interfere with Civil rights..
  § 1985 (2),(3)


~~President~~ Joseph R. Biden Jr. and then ~~President~~ Bill Clinton Crafted and implemented the violent Crime Control and law Enforcement Act of 1994, also known as tough on Crime Bill, Complimented with their 1996 Drug Crime bills. Targeted at Brown and Black people, depriving us Minorities of Equal Protection of the law. For not being white. In their misguided war on Drugs, to trigger unfair, unduly

harsh Sentences. As well as green lighting law-enforcement to Purge Brown and Black people. Equal Protection refers to the Idea that a governmental body may not deny people equal protection of its governing laws.

Joseph R. Biden Jr.'s and Bill Clintons law enforcement Acts of 1994 and 1996 Conspired to Interfere with Civil Rights. 42 U.S.C. §1985 (2) Obstructing Justice (3) Depriving Plaintiff of Equal Protection of the law. Racialy Discriminating against me for being Hispanic, and not white.

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (check one).

If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."

Name(s) of defendant(s):

_Joe Biden et. al._

Docket number and court:

_21-cv-01170-LTB-GPG ; U.S. Dist. Colo._
_U.S.CA. No. 215144; U.S.D.C. No. 21-cv-01496-unq_
_Dist. of Columbia._

Claims raised:

_5th, 14th Amdt., Fab. Evidence, perjury, False Arrest_

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)

_No Voluntary Dismissed_

Reasons for dismissal, if dismissed:

_Voluntary_

Result on appeal, if appealed:

_NA_

## F.     ADMINISTRATIVE REMEDIES

WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (check one)   _NA_

Did you exhaust administrative remedies?

___ Yes _X_ No (check one)   _NA_

5

E. Previous Lawsuits


Miguel Garcia v. Donald Trump et. al.
20-Cv-00927-LTB-GPG

Claims Raised

First Amendment
Fifth Amendment
Fourteenth Amendment
Deliberate Indifference
Vacarious Liability
Municipal Liability

The case is not pending, it has been
dismissed, no relief was granted.

was barred by the Heck Rule §1983

E. Previous Lawsuits

Miguel Antonio Garcia v. Joseph R. Biden Jr.
Case No. 1:22-CV-0246
Claims Raised; Fabricated Evidence/perjury
malicious prosecution; Deliberate
Indifference; Obstruction of Justice §1985
EO 14074
Dismissed.


Miguel Antonio Garcia v. James Anderson et.al.
Case No. 22-CV-01209-LTB-GPG.
Claims Raised; Fabricated Evidence,
Conspiracy to Interfere with Civil Rights,
Dismissed.

### G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

*See Attachment - For Full Request !*

G.  *Award the plaintiff nominal Compensatory and Punitive damages in the Amount of 50,000,000*

### H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

*Feb. 27th, 2025*
_____
(Date)

(Revised November 2022)

6

C. Request for relief...

Wherefore, I pray in Jesus name, that the Court grants the following relief.....

a. Declare that the acts and omissions of defendants violated plaintiffs civil rights and Federal law. Causing irreparable mental, emotional and physical damages....

b. Enter an injunction, requiring the defendants, their agents, subordinates, employees and all others acting in concert with them to cease their unconstitutional and unlawful practices. To remedy their violations, and be required further training.

c. Enter an injunction eliminating immunity from Law Enforcement and Prosecutors... Defunding Police Departments...

D. Enter an Injunction, eliminating mandatory minimums, and Mr. Bidens and Mr. Clintons 1994 and 1996, Tough on Crime Bills.

E. Enter an Injunction, Ordering an immediate release from prison to the plaintiff....

F. Enter an Injunction, serving Defendants by way of the U.S. Marshal Service, deem this served to defendants sufficient there of.

G. Award the plaintiff nominal, Compensatory, and punitive damages in the amount of Fifty Million Dollars; 50,000,000

H. Grant the plaintiff any other relief the Courts deem just and proper.

Respectfully Submitted Feb. 27th, 2025
Miguel Antonio Garcia #44824-013
United States Penitentiary Victorville.
P.O. Box 3900
Adelanto CA. 92301

Certificate of Service..

I hereby Certify foregoing Document was placed in the Institutions Internal Mailing System. Postage pre-paid First Class; Addressed to Clerk of the Court @ 901-19th St. Room A105 Denver Colorado 80294 on Feb. 27th, 2025

Respectfully Submitted on Feb. 27th, 2025
Miguel Antonio Garcia #44324-013
U.S.P. Victorville -
P.O. Box 3900
Adelanto CA. 92301



Miguel Antonio Garcia
#44824-013
United States Penitentiary
- Victorville -
P.O. Box 3900
Adelanto CA. 92301

United States District Court For
District of Colorado.
Clerk of the Court.
901-19th St. Room A105
In Denver Colorado 80294

